**92–70.** Abdullah v. Convention & Visitor's Bureau. *Cuyahoga County*, No. 61270. *Sua sponte*, cause dismissed for want of prosecution, effective March 9, 1992.

### *Thursday, March 12, 1992*
## MISCELLANEOUS DISMISSALS

**91–2499.** Davis v. Morton Thiokol, Inc. *Lake County*, No. 90–L–15–083. *Sua sponte*, cause dismissed for want of prosecution.

**91–2546.** State v. Peake. *Montgomery County*, Nos. 12354 and 12571. *Sua sponte*, cause dismissed for want of prosecution.

**91–2571.** State v. Sadler. *Madison County*, No. 91CA–02–005. *Sua sponte*, cause dismissed for want of prosecution.

**92–38.** State v. Galloway. *Lucas County*, No. L–90–056. *Sua sponte*, cause dismissed for want of prosecution.

**92–142.** State v. Bernard. *Cuyahoga County*, No. 59452. *Sua sponte*, cause dismissed for want of prosecution.

**90–2519.** State, ex rel. Yahle, v. Indus. Comm. *Franklin County*, No. 89AP–98. Cause dismissed, on appellant's application to dismiss, effective March 10, 1992.

**91–1959.** State, ex rel. Hogan, v. Shea. In Prohibition. Cause dismissed, on relator's application to dismiss, effective March 10, 1992.

**92–71.** Michels v. Allstate Ins. Co. *Cuyahoga County*, No. 59304. Cause dismissed, on appellant's application for dismissal, effective March 10, 1992.

**92–79.** Lockwood v. Morgan. *Butler County*, No. CA90–05–0092. Cause dismissed, on appellant's application for dismissal, effective March 10, 1992.

**92–140.** State v. Wooten. *Franklin County*, No. 91AP–322. *Sua sponte*, cause dismissed for want of prosecution, effective March 10, 1992.

### *Friday, March 13, 1992*
## MISCELLANEOUS DISMISSALS

**92–368.** Evets Electric, Inc. v. Ohio Edison Co. *Trumbull County*, No. 89–T–4289. Cause dismissed, on appellant's application for dismissal, effective March 12, 1992.